UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | NO. 2:05-CR-82 |
| | ) | |
| JAMES RONALD WILLIAMS, JR. | ) | |

**MEMORANDUM AND ORDER**

The government alleges that the defendant poses a danger to the public and therefore should be detained pending his trial. A detention hearing was held on November 15, 2005.

On March 16, 2005, defendant randomly fired a Glock .45 caliber handgun, spraying bullets through his apartment window and walls; some of those bullets struck vehicles in the apartment complex parking lot, barely missing some individuals. Besides the Glock handgun, officers confiscated a sawed-off shotgun. Apparently defendant's rampage was precipitated by a "psychotic episode"; defendant told the responding officers he had heard people outside his apartment who were talking about hurting him.

Such aberrant, bizarre, deadly behavior causes this Court extreme concern. On the other hand, defendant has been free since May 2005 until his arrest on the instant federal indictment in November 2005. In that six-month period, defendant has been undergoing treatment and counseling; defendant has been cooperative with that treatment, and there have been no further problems. The Court finds it difficult to reconcile the allegation that defendant poses an immediate danger which no condition can ameliorate

with the fact that he has been free for six months with no recurrence of the violent behavior.

Moreover, defendant is confined to a wheel chair as a result of a stroke, and appropriate medical treatment while detained is extremely problematic for both the defendant and the United States Marshal Service.

For all the foregoing reasons, the Court determines that defendant should be released on rather stringent conditions as set forth in an accompanying order.

SO ORDERED:

    s/ Dennis H. Inman
United States Magistrate Judge

2